UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WYLE WILLIS, | No. 2:14-cv-2002 KJN P |
| Petitioner, | |
| v. | ORDER |
| J. PRICE, Acting Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

On September 11, 2014, the undersigned filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

In light of petitioner's consent to the jurisdiction of the undersigned, the recommendation is vacated, but the undersigned adopts the findings (ECF No. 4 at 1-2) and dismisses this action based on petitioner's failure to exhaust state court remedies.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 11, 2014 recommendation (ECF No. 4) is vacated;

1

2. The application for writ of habeas corpus is dismissed without prejudice based on petitioner's failure to exhaust state court remedies; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: September 30, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will2002.dsm

2